

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN  AUSTIN 11, TEXAS
XXXXXXXXXXXXXXXXXXXXXXXX
~~WILL WILSON~~
ATTORNEY GENERAL

April 28, 1939

Hon. F. E. Rightor
Secretary
Texas State Board of Registration
for Professional Engineers
Austin, Texas

Dear Sir:

> Opinion No. 0-687
> Re: Renewal fees for certificate of
> registration of professional
> engineers.

Your request for an opinion on the above stated questions has
been received by this office.

Your letter reads in part as follows:

"The Board is in receipt of a letter which reads as follows:

"'Section 16 of the Engineers License Law provides that a
certificate of registration may be renewed at any time with the
maximum fee of twice the normal. I take this to mean that at
some future date when and if I return to Texas my certificate
may be renewed for the sum of $10.00. Please advise if this
assumption is correct. I left Texas in August, 1938 and
expect to be away several years.'

"Please advise if this registrant is correct in his assumption
that $10.00 is the maximum amount collectable for renewal, or
it is the intention of the act that the registrant can be
charged a total of $10.00 for each year he is delinquent."

Section 1 of Senate Bill No. 74, Acts of the 45th Legislature,
regulating the practice of professional engineers provides
that:

"That in order to safeguard life, health, and property, any
person practicing or offering to practice the profession of
engineering as hereinafter defined shall hereafter be required
to submit evidence that he is qualified so to practice and
shall be registered as hereinafter provided; and it shall be
unlawful for any person to practice or offer to practice the

profession of engineering in this State, or to use in connection with his name of otherwise assume, use, or advertise any title or description tending to convey the the impression that he is a professional engineer unless such person has been duly registered or exempted under the provisions of this Act."

Section 16 of Senate Bill No. 74, supra, reads as follows:

"Expirations and Renewals.--Certificates of registration shall expire on the last day of the month of December following their issuance or renewal and shall become invalid on that date unless renewed. It shall be the duty of the Secretary of the Board to notify every person registered under this Act of the date of the expiration of his certificate and the amount of the fee that shall be required for its renewal for one (1) year; such notice shall be mailed at least one (1) month in advance of the date of the expiration of said certificate. Renewal may be affected at any time during the month of December by the payment of a fee of Five ($5.00) Dollars. The failure on the part of any registrant to renew his certificate annually in the month of December as required above shall not deprive such person of the right of renewal, but the fee to be paid for the renewal of a certificate after the month of December shall be **increased ten** (10%) per cent for each month or fraction of month that renewal payment is delayed; provided, however, that the maximum fee for delayed renewal shall not exceed twice the normal renewal fee."

Section 16 above quoted specifically provides that the maximum fee for delay in renewal shall not exceed twice the nominal fee.

You are respectfully advised that it is the opinion of this Department that $10.00 is the maximum amount collectable for renewal of certificates of registration of professional engineers and that it is not the intention of the above mentioned act that the registrant can be charged the total of $10.00 for each year he is delinquent.

Trusting that the foregoing answers your inquiry, we remain

                                    Very truly yours
                                    ATTORNEY GENERAL OF TEXAS
                                    s/ Ardell Willaims
                                    By

AW:AW/cg                                      Ardell Williams
APPROVED:                                        Assistant
s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS